[No. 62091-6-I.   Division One.   July 20, 2009.]

*In the Matter of the Marriage of* KATHRYN PHILLIPS, *Respondent,* and GREGORY SCOT PHILLIPS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-2-02083-5, Ira Uhrig, J., entered June 9, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Leach, JJ.

[No. 62214-5-I.   Division One.   July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY FLOYD MAYNARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-08079-8, Catherine D. Shaffer, J., entered August 18, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Leach, JJ.

[No. 62254-4-I.   Division One.   July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. ELMER AGUILAR-RIVAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-08714-8, Julie A. Spector, J., entered September 2, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Leach, JJ.

[No. 62274-9-I.   Division One.   July 20, 2009.]

*In the Matter of the Marriage of* LORI LIEPPMAN, *Petitioner,* and GARY D. FLANZER, *Respondent.*

JOEL MILSTEIN, *Respondent,* v. GARY D. FLANZER ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 91-3-07153-9, James A. Doerty, J., entered September 2, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Lau, JJ.